IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUL 15 AM 9:15

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

FRED JONES, JR.,                          )
MAXINE A. SMITH, VASCO A. SMITH,)
JERI LEDBETTER, MARK LEDBETTER, )
TED MARTIN, JAMES STAPLES,      )
CATHY DOUGLAS, REV. RALPH WHITE,)
and JANET W. WHITE              )
                                )
     Plaintiffs,                )
                                )
v.                              )   No. 05-2426 Ml/V
                                )
RADIOLOGICAL ASSISTANCE         )
CONSULTING AND ENGINEERING, LLC,)
                                )
     Defendant.                 )

## ORDER GRANTING PLAINTIFFS' MOTION TO STAY PROCEEDINGS

Before the Court is Plaintiffs' Motion to Stay Proceedings, filed July 6, 2005.  Good cause having been shown, the Court GRANTS the motion.  The case is hereby STAYED.

SO ORDERED this __14__ day of July, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 7-15-05





# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:05-CV-02426 was distributed by fax, mail, or direct printing on July 15, 2005 to the parties listed.

---

Jeremy G. Alpert
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Robert L.J. Spence
SPENCEWALK, PLLC
One Commerce Square
Ste. 2200
Memphis, TN 38103

Kristina Woo
SPENCEWALK, PLLC
One Commerce Square
Ste. 2200
Memphis, TN 38103

Patti C. Bowlan
SPENCEWALK, PLLC
One Commerce Square
Ste. 2200
Memphis, TN 38103

Carrie Clark Thomas
SPENCEWALK, PLLC
One Commerce Square
Ste. 2200
Memphis, TN 38103

Kenny W. Armstrong
CHANCERY COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 308
Memphis, TN 38103

Richard B. Fields
LAW OFFICE OF RICHARD B. FIELDS
688 Jefferson Ave.
Memphis, TN 38105--193

Patrick T. Burnett
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Amy E. Ferguson
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Saul C. Belz
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT