FILED BY _____ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 AUG 26 AM 8: 18

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| FRED JONES, JR., <br> MAXINE A. SMITH, VASCO A. SMITH, <br> JERI LEDBETTER, MARK LEDBETTER, <br> TED MARTIN, JAMES STAPLES, <br> CATHY DOUGLAS, REV. RALPH WHITE, <br> and JANET W. WHITE <br><br> Plaintiffs, <br><br> v. <br><br> RADIOLOGICAL ASSISTANCE <br> CONSULTING AND ENGINEERING, LLC, <br><br> Defendant. | No. 05-2426 Ml/V |

## ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY

Before the Court is Plaintiffs' Motion, Supporting Memorandum and Certificate of Consultation for Leave to File a Reply Brief, filed August 16, 2005. Good cause having been shown, the motion is GRANTED. The clerk's office is directed to file the attached reply.

So ORDERED this 25th day of August, 2005.

_____
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  8-26-05

/12/

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 2:05-CV-02426 was distributed by fax, mail, or direct printing on August 26, 2005 to the parties listed.

---

Kenny W. Armstrong
CHANCERY COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 308
Memphis, TN 38103

Kristina Woo
SPENCEWALK, PLLC
One Commerce Square
Ste. 2200
Memphis, TN 38103

Carrie Clark Thomas
SPENCEWALK, PLLC
One Commerce Square
Ste. 2200
Memphis, TN 38103

Robert L.J. Spence
SPENCEWALK, PLLC
One Commerce Square
Ste. 2200
Memphis, TN 38103

Richard B. Fields
LAW OFFICE OF RICHARD B. FIELDS
688 Jefferson Ave.
Memphis, TN 38105--193

Amy E. Ferguson
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Patrick T. Burnett
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Patti C. Bowlan
SPENCEWALK, PLLC
One Commerce Square
Ste. 2200
Memphis, TN 38103

Saul C. Belz
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Jeremy G. Alpert
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT