IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

FRED JONES, JR.,                          )
MAXINE A. SMITH, VASCO A. SMITH,)
JERI LEDBETTER, MARK LEDBETTER, )
TED MARTIN, JAMES STAPLES,      )
CATHY DOUGLAS, REV. RALPH WHITE,)
and JANET W. WHITE              )
                                )
        Plaintiffs,              )
                                )
v.                              )   No. 05-2426 Ml/V
                                )
RADIOLOGICAL ASSISTANCE         )
CONSULTING AND ENGINEERING, LLC,)
                                )
        Defendant.               )

---

## ORDER SETTING TELEPHONE CONFERENCE

A telephone conference has been set for <u>Thursday, December 8, at 8:45 a.m.</u>  The parties should be prepared to advise the Court as to any resolution of this case.  Plaintiffs' counsel shall initiate the call to the Court with all parties on the line.

SO ORDERED this 30 day of November, 2005.

/s/ Jon P. McCalla
JON P. MCCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _12-1-05_



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 14 in case 2:05-CV-02426 was distributed by fax, mail, or direct printing on December 1, 2005 to the parties listed.

---

Jeremy G. Alpert
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Kristina Woo
SPENCEWALK, PLLC
One Commerce Square
Ste. 2200
Memphis, TN 38103

Carrie Clark Thomas
SPENCEWALK, PLLC
One Commerce Square
Ste. 2200
Memphis, TN 38103

Robert L.J. Spence
SPENCEWALK, PLLC
One Commerce Square
Ste. 2200
Memphis, TN 38103

Richard B. Fields
LAW OFFICE OF RICHARD B. FIELDS
688 Jefferson Ave.
Memphis, TN 38105--193

Amy E. Ferguson
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Patrick T. Burnett
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Patti C. Bowlan
SPENCEWALK, PLLC
One Commerce Square
Ste. 2200
Memphis, TN 38103

Saul C. Belz
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Kenny W. Armstrong
CHANCERY COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 308
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT